1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE and SHIRLEY BARRISH, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>RE-ADD CONSTRUCTION, a Washington business corporation, and RALPH J. HJALSETH and JANE DOE HJALSETH and their marital community, d/b/a/ Ralph Hjalseth & Sons; and FDIC as Receiver for WEST SOUND BANK, a banking corporation,<br><br>Defendants. | No. 3:09-cv-05596-RBL<br><br>**NOTICE OF UNAVAILABILITY** |

TO:         The Clerk of the Court
AND TO:   Joel C. Merkel, counsel for Plaintiff
AND TO:   John Du Wors and Michael Gustafson, counsel for Defendant FDIC

PLEASE TAKE NOTICE that RICHARD P. PATRICK, Attorney at Law, attorney of record for Defendant Re-Add Construction, Ralph Hjalseth, and Jane Doe Hjalseth, will be unavailable to respond to motions, conferences, depositions, hearings, or other formal actions from June 28, 2011 to July 28, 2011. The undersigned requests that no formal action in the above case be noted between the listed dates.

NOTICE OF UNAVAILABILITY
p. 1 of 2

RICHARD P. PATRICK
Attorney at Law
5358 33rd Ave. NW, Suite 102
Gig Harbor, WA 98335
253-858-6800, 253-858-6805 (fax)

1
2          Dated this 27th day of June, 2011.
3
4          _____
           Richard P. Patrick, WSBA #: 36770
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF UNAVAILABILITY
p. 2 of 2

RICHARD P. PATRICK
Attorney at Law
5358 33rd Ave. NW, Suite 102
Gig Harbor, WA 98335
253-858-6800, 253-858-6805 (fax)