Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE and SHIRLEY BARRISH, husband and wife and their marital community,<br><br>Plaintiff,<br><br>v.<br><br>RE-ADD CONSTRUCTION, a Washington business corporation, and<br><br>RALPH J. HJALSETH and JANE DOE HJALSETH and their marital community, d/b/a RALPH HJALSETH & SONS,<br><br>Defendants. | NO. 09-cv-05596-RBL<br><br>**ORDER GRANTING JOINT MOTION TO REMAND ACTION TO WASHINGTON STATE COURT** |

Plaintiffs Steve and Shirley Barrish (hereinafter "Barrish"), joined by defendant Re-Add Construction; defendant Ralph and Jane Doe Hjalseth, and their marital community, d/b/a Ralph Hjalseth & Sons (hereinafter "Hjalseth"), moved to remand this civil action back to the Superior Court of Washington for Mason County, as the principals of judicial economy, convenience, fairness, and comity will be best served in Washington state court.

ORDER OF REMAND
09-cv-05596-RBL

The Court has reviewed the relevant pleadings and the remainder of the record, and the Court hereby finds and ORDERS:

1. The United States District Court for the Western District of Washington declines to exercise its supplemental jurisdiction over the state law claims remaining in this action. [28 U.S.C. §1367]
2. The Joint Motion for Remand Action to Mason County Superior Court is GRANTED.
3. The Clerk is directed to forward a copy of this Order to defendants and all counsel of record, and to the Clerk of the Mason County Superior Court.

IT IS SO ORDERED.

DATED this 26th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
09-cv-05596-RBL